393 A.2d 1286

Forrester et ux. v. Rutledge Construction
Company, Appellant, et al.

Argued April 13, 1978. Robert W. Goehring, with him Craig, Goehring & Harrison, for appellant; W. Theodore Brooks and Arthur W. Lebovitz, for appellees.

Judgment affirmed.